

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00529-CR & 04-17-00530-CR

Zachary **SCHULTZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1592-CR-C & 16-1593-CR-C
Honorable William Old, Judge Presiding

# O R D E R

These appeals were consolidated by order. Pursuant to that order, all documents filed in this court – except for the clerk's records and reporter's records – are to be filed in a single document that reference both appellate numbers. On October 23, 2017, the court reporter filed separate notifications of late record – one in each appellate cause number. This does not comport with this court's prior consolidation order. Accordingly, we **ORDER** the court reporter, with regard to any future documents filed in this court, to file such documents in accordance with the court's prior order of consolidation. In her notifications, she asks for an additional thirty days in which to file the reporter's records. After review we **GRANT** the reporter's requested extension and **ORDER** her to file the reporter's records in this court on or before November 20, 2017. **The reporter is reminded that with regard to the reporter's record, a separate record must be filed in each appellate cause number.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.



KEITH E. HOTTLE,
Clerk of Court